**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**BRANDI MICHELLE DEFORGE** **PLAINTIFF**

**V.** **No. 3:25-CV-00227-JM-ERE**

**SOCIAL SECURITY ADMINISTRATION,
COMMISSIONER** **DEFENDANT**

**JUDGMENT**

Consistent with today's Order, the Commissioner's decision is AFFIRMED. Judgment is entered in favor of the Commissioner. This case is closed.

DATED this 8th day of October, 2026.

UNITED STATES DISTRICT JUDGE